IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,                                  Case No. 3:17 CR 371

            Plaintiff,                         ORDER ADOPTING R&R AND
                                                           ACCEPTING GUILTY PLEA
    -vs-

Solomon Marino,                                            JUDGE JACK ZOUHARY

            Defendant.

      By consent of the parties (Doc. 13), this case was referred to United States Magistrate Judge James Knepp under General Order 99-49 for a Change of Plea Hearing. The Magistrate Judge has filed his Report & Recommendation (R&R) (Doc. 14), finding that the requirements imposed by the United States Constitution and Federal Criminal Rule 11 have been satisfied and recommending that this Court accept the plea of guilty. The deadline for filing objections to the R&R has passed, and no requests for extension have been received.

      This Court has read the transcript of the Change of Plea Hearing (Doc. 15) and reviewed the R&R. This Court finds that in a careful and thorough proceeding, the Magistrate Judge satisfied all requirements of the United States Constitution and Federal Criminal Rule 11: he correctly found Defendant to be competent and aware of the charges against him, the consequences of conviction, and his rights and waiver of those rights. He also correctly found that Defendant consented to proceed

before the Magistrate Judge and tendered his plea of guilty knowingly, intelligently, and voluntarily. Finally, the Magistrate Judge correctly found that there was an adequate factual basis for the plea, as set forth in the written Plea Agreement and described on the record.

In short, upon *de novo* review, this Court adopts the Magistrate Judge's findings and recommendation. Accordingly, this Court accepts Defendant's plea of guilty and enters a finding of guilty. Defendant has already been referred to Probation Services for preparation of a Presentence Investigation Report, and a Sentencing Hearing is set for **Tuesday, March 27, 2018 at 9:30 AM.**

IT IS SO ORDERED.

                                               s/ *Jack Zouhary*
                                              JACK ZOUHARY
                                              U. S. DISTRICT JUDGE

December 22, 2017